UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE LOOT BOX LITIGATION

No. 2:26-cv-00788-JHC

**STIPULATION AND ORDER TO EXTEND FRCP 26(f) AND INITIAL DISCLOSURES DEADLINE**

**NOTING DATE: MAY 22, 2026**

The Parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court.

The Court granted Plaintiffs' Unopposed Motion to Consolidate Related Actions and to Appoint Interim Lead Class Counsel and Establish an Executive Committee on April 9, 2026. Dkt. # 22. In granting this motion, the Court directed the Parties to exchange Initial Disclosures under Rule 26(a)(1) and to file a Joint Status Report and Discovery Plan within 45 days of its order. *Id.* at 2. Thus, the deadline for the Parties to submit their Initial Disclosures and Joint Status Report and Discovery Plan is May 26, 2026.

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
AND INITIAL DISCLOSURES DEADLINE – Page 1
No. 2:26-cv-00788

Counsel for the Parties met and conferred on May 21, 2026 to discuss ongoing efforts to make Initial Disclosures and to submit the Joint Status Report and Discovery Plan. The Parties agreed that a brief extension would allow them to continue working collaboratively toward agreement on certain issues and to minimize the number of disputes that may need to be presented to the Court. The Parties therefore stipulate to the following: The Parties therefore stipulate to the following:

1. The May 26, 2026 deadline for the Parties to exchange Initial Disclosures under Rule 26(a)(1) and to file a Joint Status Report and Discovery Plan is vacated.

2. The Parties shall continue to work collaboratively and will exchange Initial Disclosures under Rule 26(a)(1) and file a Joint Status Report and Discovery Plan by June 3, 2026.

//

//

//

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
AND INITIAL DISCLOSURES DEADLINE – Page 2
No. 2:26-cv-00788

SO STIPULATED this 22nd day of May, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

CORR CRONIN LLP

*s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536
Moses Jehng, WSBA No. 64333
1301 Second Avenue, Suite 2000
Seattle, WA  98101
(206) 623-7292 Phone
(206) 623-0594 Fax
steve@hbsslaw.com
moses.jehng@hbsslaw.com

Ben M. Harrington, *Admitted Pro Hac Vice*
Rio S. Pierce, *Admitted Pro Hac Vice*
Roxana Moussavian, *Admitted Pro Hac Vice*
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
(510) 725-3034 Phone
(510) 725-3001 Fax
benh@hbsslaw.com
riop@hbsslaw.com
roxana.moussavian@hbsslaw.com

*Interim Lead Counsel and Counsel for*
*Alexander Flauto, Jackson Meyer, Ivan Galas,*
*and Robert Brogan*

MILBERG, PLLC

Douglas H. Sanders, *Pro Hac Vice*
*Forthcoming*
1311 Avenida Ponce De Leon, Suite 600
San Juan, Puerto Rico 00917
(516) 206-7616 Phone
(516) 282-7888 Fax
dsanders@milberg.com

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Ryan Tyz, *Admitted Pro Hac Vice*
Sean Apple, *Admitted Pro Hac Vice*
TYZ LAW GROUP
1 Embarcadero Center, Suite 1200
San Francisco, CA 94441
(415) 868-6900 Phone
ryan@tyzlaw.com
sapple@tyzlaw.com

*Attorneys for Defendant Valve Corporation*

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
AND INITIAL DISCLOSURES DEADLINE – Page 3
No. 2:26-cv-00788

Gary M. Klinger, *Pro Hac Vice Forthcoming*
William J. Edelman, *Pro Hac Vice Forthcoming*
Michael A. Acciavatti, *Pro Hac Vice Forthcoming*
MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878 Phone
gklinger@milberg.com
wedelman@milberg.com
macciavatti@milberg.com

Adam E. Polk, *Admitted Pro Hac Vice*
Simon Grille, *Admitted Pro Hac Vice*
Fatima Ladha, *Admitted Pro Hac Vice*
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800 Phone
(415) 981-4846 Fax
apolk@girardsharp.com
sgrille@girardsharp.com
fladha@girardsharp.com

Jason T. Dennett, WSBA No. 30686
MILBERG, PLLC
1700 7th Avenue, Suite 2100
Seattle, WA 98101
(516) 515-9124 Phone
jdennett@milberg.com

*Executive Committee Counsel and Counsel for
Carlos Matamoros*

IT IS SO ORDERED.

DATED this 22nd day of May, 2026.

_John H. Chun_____

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
AND INITIAL DISCLOSURES DEADLINE – Page 5
No. 2:26-cv-00788