The Hon. John H. Chun

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| IN RE VALVE LOOT BOX LITIGATION | Case No: 2:26-cv-00788-JHC |
| | **DECLARATION OF SEAN APPLE IN SUPPORT OF VALVE'S MOTION TO DISMISS** |



1 EMBARCADERO CENTER, SUITE 1200
SAN FRANCISCO, CA 94111
(415) 868-6900

I, Sean Apple, declare as follows:

1.      I am an attorney at law at the law firm Tyz Law Group PC and have been admitted *pro hac vice* to appear in this action for Defendant Valve Corporation. I have personal knowledge of the matters set forth in this declaration and, if called to testify as a witness, would be competent to testify as follows.

2.      I understand that Plaintiffs reference and rely on the Steam Subscriber Agreement (SSA) in the Consolidated Complaint (Dkt. No. 23) and provide the following as a URL to the agreement: https://store.steampowered.com/subscriber_agreement/. Compl. ¶ 11 n.4; *see also id.* ¶¶ 22, 46, 60–62, 102.

3.      Attached as **Exhibit 1** is a true and correct copy of the Steam Subscriber Agreement at https://store.steampowered.com/subscriber_agreement/, printed on June 24, 2026.

4.      Plaintiffs also excerpt a portion of a Steam website relating to Steam Trading at Paragraph 45, Figure 14 of the Consolidated Complaint at Dkt. No. 23. An image of the page containing the "Third-Party Sites" portion excerpted by Plaintiffs is below[1]:

---

[1] A Steam Account is required to access this webpage because it includes information specific to an account, such as the number of current trade offers and who can see a user's trade offers based on their privacy settings. The webpage is found at https://steamcommunity.com/id/**[STEAM ACCOUNT NAME]**/tradeoffers/privacy, where **[STEAM ACCOUNT NAME]** is a placeholder for a user's Steam Account Name. Account information has been redacted in the image below, as it was in Plaintiffs' excerpt.

APPLE DECL. ISO VALVE'S MTD
CASE NO. 2:26-CV-00788-JHC                - 1 -



1 EMBARCADERO CENTER, SUITE 1200
SAN FRANCISCO, CA 94111
(415) 868-6900



The page above corresponds to "Who can send me Trade Offers?" as indicated in the right panel of the webpage.

5.    Attached as **Exhibit 2** is a true and correct copy of the Steam Support page titled "Steam Trade Offers" at https://help.steampowered.com/en/faqs/view/1115-91C5-050C-1D60, which was printed on June 24, 2026. This is the resulting webpage when a user clicks "Frequently Asked Questions" in the right panel of the "Who can send me Trade Offers?" page in the image above. The following is an excerpt from Exhibit 2:

APPLE DECL. ISO VALVE'S MTD
CASE NO. 2:26-CV-00788-JHC                    - 2 -

Tyz Law Group
1 EMBARCADERO CENTER, SUITE 1200
SAN FRANCISCO, CA 94111
(415) 868-6900



6. Attached as **Exhibit 3** is a true and correct copy of the Steam Support page titled "Steam Trading" at https://help.steampowered.com/en/faqs/view/46A2-2B3C-95CC-8878, which was printed on June 24, 2026. This is the resulting webpage when a user clicks the "Steam Trading FAQ" hyperlink in Exhibit 2, shown at the bottom of the image above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 25, 2026                           _s/ Sean Apple_
                                               Sean Apple

Tyz Law Group
1 EMBARCADERO CENTER, SUITE 1200
SAN FRANCISCO, CA 94111
(415) 868-6900