# Exhibit 2

Steam Support

# Steam Trade Offers

- What is a trade offer?
- How do I send a trade offer?
- How can I opt-out of confirmations?
- To whom can I send a trade offer?
- What can I put in a trade offer?
- How do I view my trade offer?
- Are items in a trade offer temporarily removed from my inventory like the market?
- Can I send more than one offer with the same items?
- What happens to an offer when an item is no longer available?
- How do I change or counter an offer?
- How do I cancel an offer I've sent?
- What if I'm unhappy about a trade I made?
- How long is an offer good for?
- Where can I see my trade history?

For more information on trading, refer to the Steam Item Restoration Policy, the Steam Trading FAQ and the Recommended Trading Practices article.

## What is a trade offer?

A trade offer is a prepackaged trade that you can send to a friend. You select the items to trade from your inventory and the items you'd like to receive from your friend's inventory, and send the trade offer. Your friend can then choose to accept, decline, or make a counter offer. Unlike regular Steam Trading, you don't need to both be online at the same time. Plus, trade offers can be sent and received using a web browser.

## How do I send a trade offer?

You can create and send a trade offer from two places: the Trade Offers page within your Inventory or from a friend's profile.

To send an offer from your Trade Offers page:
1. Open Steam (either the client or via the web)
2. Hover over your persona name at the top
3. Click on Inventory
4. Click on Trade Offers
5. Click on New Trade Offer
6. Select the friend you'd like to make a trade offer to
7. Click and drag the items you wish to trade from both inventories into the trade boxes

 

### Need help with Steam?

Use the Steam help wizard to narrow down your topic and get the help you need.

Help Me With My Issue

### Community Help

Post or search in Steam Discussions for an answer to your question.

Visit Steam Discussions

8. Check the box to confirm the trade contents
9. Click on Make Offer.

To send an offer from a friend's profile:

1. Open Steam (either the client or via the web)

2. Hover over your persona name at the top

3. Click on Friends

4. Click on the friend you'd like to send a trade offer to

5. Click "**...**" button

6. Click on Offer a Trade

7. Click and drag the items you wish to trade from both inventories into the trade boxes

8. Check the box to confirm the trade contents

9. Click on Make Offer.

You'll then need to confirm the trade offer. If you're using a Mobile Authenticator through the Steam Mobile App on your smartphone to protect your account, you can confirm via the app. Otherwise you'll receive a confirmation request via email.

Once you confirm the trade, the offer will be sent.

## How can I opt-out of confirmations?

To ensure that you are in control of items moving out of your account, trade offers must be confirmed. There is no longer a way to opt out.

## To whom can I send a trade offer?

You can send trade offers to any of your friends with an Inventory that you can view or anyone who has given you their Unique Trade URL. You can find your own Unique Trade URL on the bottom of your Who can send me Trade Offers? settings page.

## What can I put in a trade offer?

Any tradable items in your inventory.

Note that you cannot include Steam Wallet funds in a trade or trade offer. If someone sends you a trade offer claiming to include Steam Wallet funds it may be a scam. You can report scammers using the "Report Player" link on their profile.

## How do I view my trade offer?

When you receive a trade offer, your mailbox in the top right corner of the Steam interface will turn green. To see the offer, click on the mailbox and select "pending trade offer". You can also view pending offers and your offer history from the Trade Offers page in your Inventory.

## Are items in a trade offer temporarily removed from my inventory like the market?

No. Items in a trade offer remain in your inventory until an offer is accepted.

## Can I send more than one offer with the same items?

Yes. You can send more than one offer containing the same items. When an offer is accepted any other pending offers with the same items will change from pending to inactive and be moved into your Offer History.

## What happens to an offer when an item is no longer available?

If a trade offer contains an item that is traded away or sold on the market, the trade becomes inactive and can no longer be accepted. It will automatically be moved into your Offer History.

## How do I change or counter an offer?

1. From your Inventory, select Trade Offers
2. Select Incoming Offers
3. Select Respond to Offer
4. Select Change Offer
5. Add or remove items from either or both Inventories
6. Select Confirm trade contents
7. Select Send Counter Offer.

The counter offer will be sent back as a new trade offer.

## How do I cancel an offer I've sent?

1. From your Inventory, select Trade Offers
2. Select either Incoming Offers or Sent Offers and identify the trade you want to cancel
3. Select Cancel Trade Offer at the bottom, right-hand corner of the trade offer window.

You can cancel a pending offer you've sent from the Sent Offers area of the Trade Offers page.

## What if I'm unhappy about a trade I made?

All trades are final; use the confirmation step to review and make sure you're satisfied with the offer.

## How long is an offer good for?

Trade offers automatically expire after two weeks. You can find the offer expiration date at the bottom of a pending offer.

## Where can I see my trade history?

You can view your trade history from the Trade Offers page or from the "**...**" buttondrop down in your Inventory.

| STEAM | VALVE | LEGAL | MORE |
|---|---|---|---|
| About Steam | About Valve | Privacy | Get Steam |
| Steam SSA | Jobs | Accessibility | Get Mobile Apps |

Case 2:26-cv-00788-JHC    Document 33-2    Filed 06/25/26    Page 5 of 5

Steamworks                Hardware              Notices & Policies          Get Support

Steam Distribution        Recycling             Cookies                     My Account

Gift Cards                                      Refunds

 

© 2026 Valve Corporation. All rights reserved.
All trademarks are property of their respective
owners in the US and other countries.
VAT included in all prices where applicable.

   

Steamworks                Hardware              Notices & Policies          Get Support

Steam Distribution        Recycling             Cookies                     My Account